DOMINIC J. CARILLI *v.* CITY OF HARTFORD

A serious question has arisen in our consideration of the above-entitled case as to whether the plaintiff has a right of appeal from the pension commission to the Court of Common Pleas. This question of jurisdiction has not been briefed or orally argued by counsel. Accordingly, the appeal is continued to the October term, and a new argument covering the matter mentioned above is ordered, and printed briefs are to be filed with the clerk of this court on or before September 16, 1963.

Decided July 18, 1963

LERNER SHOPS OF CONNECTICUT, INC., ET AL. *v.* TOWN OF WATERBURY

The motion by the plaintiffs for correction of the judgment of the Court of Common Pleas in the Judicial District of Waterbury is denied. See the opinion rendered on the appeal. *Lerner Shops of Connecticut, Inc.* v. *Waterbury,* 151 Conn. 79, 193 A.2d 472.

*Fred B. Rosnick,* for appellees-appellants (plaintiffs).

*Harry F. Spellman,* assistant corporation counsel, with whom was *John D. Mahaney,* corporation counsel, for appellant-appellee (defendant).